IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALL STAR MARINE TOWING, LLP, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 09-278-CG-N |
| BARGES CM9B, ATM1001B, SEI2002BF, JSB306, JSB304, CIA147, AR801, AR816, MAC254B, CGB340 and CGB148, | ) ) | IN REM |
| | ) | |
| Defendants. | ) | |

ORDER

This matter is before the Court on the Joint Motion for Release of Vessels (doc. 29) [1] filed by plaintiff, All Star Marine Towing, LLP, and Bulldog Sand & Gravel, Inc., as claimant and owner, or bareboat charterer of the vessels, Barges CM9B, ATM1001B, SEI2002BF, JSB306, JSB304, CIA147, AR801, AR816, MAC254B, CGB340, and CGB148, and their hulls, tackle, gear, appurtenances and accessories of whatever nature belonging thereto. Upon consideration, the parties' joint request for release of the vessels is GRANTED as follows:

The vessels are to be released from arrest and Writs of Discharge for the Vessels CM9B, ATM1001B, SEI2002BF, JSB306, CIA147, AR801, AR816, and the MAC254B are to be immediately issued and served by the United States Marshal upon any substitute custodian

---

[1] The parties' document is entitled "Joint Stipulation of Dismissal and Request for Release of Vessels" and states, in part, that "all claims in this case have been resolved and settled and are to be dismissed, with prejudice...." The portion of the document seeking dismissal of the action has been referred to the Chief District Judge.

appointed by the Court and upon the Vessels.

DATED this 19th day of June, 2009.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**