IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALL STAR MARINE TOWING, LLP, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 09-0278-CG-N |
| | ) |
| BARGES CM9B, ATM1001B, SE12002BF, | ) |
| JSB306, JSB304, CIA147, AR801, AR816, | ) |
| MAC254B, CGB340 and CGB148, | ) |
| | ) |
|     Defendants. | ) |

## ORDER OF DISMISSAL

This cause is before the court on the parties' joint stipulation of dismissal. (Doc. 29) Accordingly, pursuant to FED.R.CIV.P. 41(a), it is **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITH PREJUDICE**, each party to bears its own costs, except that Bulldog Sand and Gravel, Inc. will pay the custodial costs and Marshal's charges. Any party may move for reinstatement within the next 60 days should settlement not be consummated.

**DONE** and **ORDERED** this 22nd day of June, 2009.

                                                /s/ Callie V. S. Granade
                                         CHIEF UNITED STATES DISTRICT JUDGE